**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **KEVIN BRYANT,** | ) |
| Plaintiff, | ) Case No. EDCV 13-00857 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

May 7, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge